IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

Plaintiff,

vs.

Matias Garcia-Paiz

Defendant.

CASE NO. 8:21CR138

WAIVER OF PERSONAL
APPEARANCE AT ARRAIGNMENT
AND ORDER

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the Choose an item.;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the Choose an item..

X _____
Defendant

_____
Attorney for Defendant

_____5/25/21_____
Date

_____5/25/21_____
Date

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this __25__ day of __May__, 20__21__.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT