IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MATIAS GARCIA-PAIZ,<br><br>　　　　　　　Defendant. | 8:21CR138<br><br>ORDER |

THIS MATTER is before the court on the motion of Yvonne D. Sosa to withdraw as counsel for the defendant, Matias Garcia-Paiz (Filing No. 28). Daniel S. Reeker has filed an entry of appearance as retained counsel for Matias Garcia-Paiz. Therefore, Yvonne D. Sosa's motion to withdraw (Filing No. 28) will be granted.

Yvonne D. Sosa shall forthwith provide Daniel S. Reeker any discovery materials provided to the defendant by the government and any such other materials obtained by Yvonne D. Sosa which are material to Matias Garcia-Paiz's defense.

The clerk shall provide a copy of this order to Daniel S. Reeker.

IT IS SO ORDERED.

Dated this 3rd day of August, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge